UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-23035-CIV-GRAHAM/GOODMAN

BOY RACER, INC.,

    Plaintiff,

v.

DOES 1-34,

    Defendant.

_____

### ORDER GRANTING APPLICATION
### FOR LEAVE TO TAKE EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE

This cause is before the Court on Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe (the "Application") and accompanying Motion for Hearing. [ECF Nos. 66; 67].  On July 6, 2012, the Undersigned entered an endorsed order imposing a July 11, 2012 deadline for the proposed deponent to submit a response but not requiring him to file one. [ECF No. 68].  The deadline has passed and no response was filed.

It is therefore **ORDERED** and **ADJUDGED** that Plaintiff's Application [ECF No. 66] is **GRANTED**.  Plaintiff is authorized to serve a deposition subpoena, without a production of documents request, on Jeffrey Merritt, the alleged account holder of Internet Protocol (IP) address 98.254.25.208.  The scope of the deposition shall be limited solely to discovering the identity of the alleged infringer who allegedly used this IP address to distribute Plaintiff's copyrighted videos.

Because the Undersigned has already granted Plaintiff's Application, the Motion for Hearing [ECF No. 67] is **DENIED AS MOOT**.

**DONE and ORDERED**, in Chambers, in Miami, Florida, this 12th day of July, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Donald L. Graham
All counsel of record